EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | Petición de         |
|                             | Reinstalación       |
| Lcdo. Eduardo Ayala Torres  | 2000 TSPR 149       |

Número del Caso: TS-10191

Fecha: 06/octubre/2000

Abogado del Peticionario:

Por Derecho Propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Re:  Lcdo. Eduardo Ayala Torres


                    TS-10191




                    RESOLUCIÓN


San Juan, Puerto Rico, a 6 de octubre de 2000


        Vista la Moción de Petición Solicitando Reinstalación Inmediata de la Profesión por Haberse Extinguido la Sanción, del Lcdo. Eduardo Ayala Torres, se concede lo allí solicitado.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Rebollo López no intervinieron.



                    Isabel Llompart Zeno
                Secretaria del Tribunal Supremo